# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY J. LOMBARDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALHAMBRA POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-06262 JLS (AFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: January 22, 2016

　　　　　　　　　　　　　　　　　　　　　　／s／ Josephine Staton
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE